# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In Re: | : | Case No. 08-51751 |
| --- | --- | --- |
| | : | |
| Natasha N. Cornelius | : | S.S. No. xxx-xx-9944 |
| | : | |
| Debtor | : | Chapter 7, Judge Preston |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $3.33 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| **Creditor Name & Address** | **Claim No.** | **Amount of Dividend** |
| --- | --- | --- |
| Columbia Gas of Ohio<br>200 Civic Center Drive, 11th floor<br>Columbus, Ohio 43215 | 6 | $3.33 |

Dated: December 7, 2010

/s/ Sara J. Daneman
Sara J. Daneman (0008254)
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Trustee

cc:  U.S. Trustee